Exhibit 3

Charted Claims:
Non-Method Claim:8

| US1063714 2B1 | GAO Tek Cloud Edge ("The Accused Instrumentality") |
|---|---|
| 8. A system, comprising: a transceiver to communicate with a predetermined target; | The accused instrumentality utilizes a system, comprising: a transceiver (e.g., 5G cellular transceiver of gNB) to communicate with a predetermined target (e.g., connected UE). |
| | As shown below, the accused instrumentality is a 5G enabled solution. The solution is deployed with a 5G base station or gNB whose transceiver communicates with 5G-capable UEs or targets. |
| |  |
| | https://gaotek.com/category/iot/edge-computing-for-iots/cloud-edge/ |

GAO's Cloud Edge refers to the integration of cloud computing and edge computing, combining the scalability of cloud services with the real-time processing capabilities of edge devices. In this architecture, data processing occurs closer to the data source at the network edge, reducing latency and enhancing performance for time-sensitive applications. This approach is ideal for scenarios requiring rapid decision-making, such as IoT devices, autonomous vehicles, and industrial automation. By distributing computing resources across both the cloud and edge, Cloud Edge improves data security, reduces bandwidth usage, and enables more efficient resource management. It represents a hybrid solution, empowering businesses to optimize their infrastructure by leveraging the strengths of both cloud and edge computing environments.

https://gaotek.com/category/iot/edge-computing-for-iots/cloud-edge/

GAO Tek's Cloud Edge comply with applicable industry standards such as:

- ISO/IEC 27001

- NIST Cybersecurity Framework (CSF)

- GDPR

- IEC 62443

- IEEE 802.1

- ETSI MEC (Multi-access Edge Computing)

- 5G NR (New Radio) Standards

- ISO/IEC 20000

https://gaotek.com/category/iot/edge-computing-for-iots/cloud-edge/

How does Cloud Edge support 5G technology?

Cloud Edge complements 5G by providing the necessary infrastructure for low-latency, high-bandwidth applications, enhancing the capabilities of 5G networks.

https://gaotek.com/faq-cloud-edge/

GAO's Cloud Edge is composed of the following components:

- Edge Devices

- Edge Nodes

- Cloud Infrastructure

- Network Connectivity

- Security and Management Tools

- Data Orchestration Layer


GAO Tek's Cloud Edge has the following functions:

- **Real-Time Data Processing**: GAO Tek's edge devices process data locally, reducing latency and enabling immediate responses to critical events, such as in industrial automation or autonomous systems.

- **Bandwidth Optimization**: By processing and filtering data at the edge, we reduce the amount of data sent to the cloud, optimizing network bandwidth and lowering operational costs.

https://gaotek.com/category/iot/edge-computing-for-iots/cloud-edge/

Edge computing is a distributed computing paradigm that brings data processing and storage closer to the data source or edge of the network, rather than relying on centralized cloud systems. This reduces latency and improves response times, which is critical for real-time applications such as IoT devices, autonomous vehicles, and industrial automation.

Unlike cloud computing, where data is sent to remote servers for processing, edge computing allows for immediate data analysis near the point of origin. This results in faster decision-making and minimizes bandwidth usage, as less data needs to travel back and forth between devices and the cloud.

Edge computing is widely adopted in industries such as healthcare, manufacturing, and telecommunications, where timely data processing is essential. It is also highly scalable, allowing organizations to deploy additional edge devices as their needs grow. Moreover, it enhances security by processing sensitive data locally, reducing the risk of data breaches during transmission.

https://gaotek.com/category/iot/edge-computing-for-iots/

Our Cloud Edge has the following applications:

- **Industrial Automation:** GAO's Cloud Edge solutions enable real-time monitoring and control of manufacturing processes, enhancing operational efficiency and reducing downtime.

- **Smart Cities:** Our technology supports smart infrastructure, such as traffic management systems and public safety solutions, by processing data locally to improve responsiveness and efficiency.

- **Healthcare:** GAO Tek's Cloud Edge facilitates remote patient monitoring and telemedicine by processing health data at the edge, enabling timely interventions and reducing latency.

- **Autonomous Vehicles:** We utilize Cloud Edge to process data from sensors and cameras in real-time, essential for the safe operation of autonomous vehicles and advanced driver assistance systems.

- **Retail Analytics:** Our solutions analyze customer behavior and inventory management at the edge, providing real-time insights to enhance the shopping experience and optimize stock levels.

- **Energy Management:** GAO's Cloud Edge technologies monitor and control energy consumption in real-time, improving efficiency and reducing operational costs in energy grids and smart grids.

- **IoT Applications:** We deploy Cloud Edge to handle data from a wide range of IoT devices, enabling faster data processing and more reliable performance for connected systems.

- **Content Delivery:** Our solutions enhance the delivery of digital content, such as video streaming and gaming, by caching and processing data at edge nodes to reduce latency and improve user experience.

https://gaotek.com/category/iot/edge-computing-for-iots/cloud-edge/

## 4.2    Functional Split

The **gNB** and ng-eNB host the following functions:

- Functions for Radio Resource Management: Radio Bearer Control, Radio Admission Control, Connection Mobility Control, Dynamic allocation of resources to UEs in both uplink and downlink (scheduling);

- IP and Ethernet header compression, encryption and integrity protection of data;

- Selection of an AMF at UE attachment when no routing to an AMF can be determined from the information provided by the UE;

- Routing of User Plane data towards UPF(s);

- Routing of Control Plane information towards AMF;

- Connection setup and release;

- Scheduling and transmission of paging messages;

https://www.etsi.org/deliver/etsi_ts/138300_138399/138300/16.04.00_60/ts_138300v160400p.pdf

- **RRC_CONNECTED:**
  - The UE stores the AS context;
  - Transfer of unicast data to/from UE;
  - At lower layers, the UE may be configured with a UE specific DRX;
  - For UEs supporting CA, use of one or more SCells, aggregated with the SpCell, for increased bandwidth;
  - For UEs supporting DC, use of one SCG, aggregated with the MCG, for increased bandwidth;
  - Network controlled mobility within NR and to/from E-UTRA;
  - The UE:
    - Monitors Short Messages transmitted with P-RNTI over DCI (see clause 6.5), if configured;
    - Monitors control channels associated with the shared data channel to determine if data is scheduled for it;
    - Provides channel quality and feedback information;
    - Performs neighbouring cell measurements and measurement reporting;
    - Acquires system information;
    - Performs immediate MDT measurement together with available location reporting.

https://www.etsi.org/deliver/etsi_ts/138300_138399/138331/16.02.00_60/ts_138331v160200p.pdf

| | |
|---|---|
| | 5.3.3     RRC connection establishment<br><br>5.3.3.1     General<br><br><br>**Figure 5.3.3.1-1: RRC connection establishment, successful**<br><br>https://www.etsi.org/deliver/etsi_ts/138300_138399/138331/16.02.00_60/ts_138331v160200p.pdf<br><br>**active antenna system base station:** base station system which combines an antenna array with a transceiver unit array and a *radio distribution network*<br><br>https://www.etsi.org/deliver/etsi_ts/137100_137199/137105/16.04.00_60/ts_137105v160400p.pdf |
| one or more antennas coupled to the transceiver each electrically or mechanically steerable to the | The system utilized by the accused instrumentality comprises one or more antennas (e.g., antennas of gNB) coupled to the transceiver (e.g., 5G cellular transceiver of gNB) each electrically or mechanically steerable (e.g., beamformed) to the predetermined target (e.g., connected UE).<br><br>As shown below, a 5G base station is equipped with antennas that communicate with a connected UE. These antennas are electrically tilted to adjust a beam's direction toward the UE. This electrical tilt enables beamforming, which creates and directs focused beams of RF energy. Beamforming allows for precise control of signal direction, enhancing signal strength and quality for the UE. |

| predetermin ed target; | ### 4.3.39   CommonBeamformingFunction |
|---|---|
| | #### 4.3.39.1   Definition |
| | This <<IOC>>CommonBeamformingFunction represents common beamforming functionality (eg: SSB beams) for the NRSectorCarrier. |
| | The CommonBeamformingFunction provides capability to configure the advanced antenna for a sector carrier. The configuration capability is provided by selection of coverageShape, digitalTilt and digitalAzimuth. These attributes represent the wanted coverage area and radiation pattern on a sector carrier related to an antenna transmission point. |
| | This configuration capability assumes the system shall handle configuration of SSB beams within the sector carrier. Individual SSB beams within a sector carrier cannot be independently configured as this depends on many conditions and constraints, for instance TDD patterns, allocations of PRACH occasions, SIB1 and mobility considerations. |
| | The associated <<IOC>> Beam provides information beam direction and beam width for the associated SSB beams as a result of the configuration. The beams addressed in this definition are the common beams.  There may be more than one beam per CommonBeamformingFunction for the NRSectorCarrier. |
| | https://www.etsi.org/deliver/etsi_ts/128500_128599/128541/16.07.00_60/ts_128541v160700p.pdf |
| | For DL data transmission during UE mobility, gNB can configure different beams for this UE at different slots. It ensures appropriate transmit beam allocation to the UE for continuous DL transmission. Therefore DL data packet transmission is kept during beam pair switching at different slots. |
| | For UL data transmission, PUSCH is sent using the beam configured by SRI (SRS resource indicator) by gNB. Accordingly, an appropriate gNB-side beam is selected for UL data reception. gNB may select different beams at different slots depending on the UE mobility. Therefore UL data packet transmission is kept during beam pair switching at different slots. |
| | Based on the above analysis, the UE can always exchange user plane packets with gNB during the mobility transitions. Therefore, 0ms mobility interruption time is achieved by NR for this scenario. |
| | https://www.etsi.org/deliver/etsi_tr/137900_137999/137910/16.01.00_60/tr_137910v160100p.pdf |
| | active antenna system base station: base station system which combines an antenna array with a transceiver unit array and a *radio distribution network* |

https://www.etsi.org/deliver/etsi_ts/137100_137199/137105/16.04.00_60/ts_137105v160400p.pdf

**beam:** main lobe of a radiation pattern from an AAS BS

> NOTE:    For certain AAS BS antenna array, there may be more than one beam.

**beam centre direction:** direction equal to the geometric centre of the half-power EIRP contour of the beam

**beam direction pair:** data set consisting of  the *beam centre direction* and the related *beam peak direction*

**beam peak direction:** direction where the maximum EIRP is supposed to be found

https://www.etsi.org/deliver/etsi_ts/137100_137199/137105/16.04.00_60/ts_137105v160400p.pdf

# What is Antenna Electrical and Mechanical Tilt (and How to use it)?

Antenna tilt refers to the angle at which an antenna is physically inclined in both the vertical and horizontal planes. It is used in wireless communication systems, such as cellular networks, to optimize signal coverage and improve network performance. There are two types of antenna tilt: electrical tilt and mechanical tilt.

https://telcomaglobal.com/p/antenna-electrical-and-mechanical-tilt

Electrical down tilt and mechanical tilt are two techniques used to modify the angle of an antenna in order to control its radio frequency pattern. Electrical down tilt employs electronic controls to adjust the beam, while mechanical tilt requires physically adjusting the mounting angle of the antenna.

https://www.sannytelecom.com/electrical-down-tilt-antenna-vs-mechanical-tilt-antenna/#elementor-toc__heading-anchor-3

# What is Antenna Electrical and Mechanical Tilt (and How to use it)?

Antenna tilt refers to the angle at which an antenna is physically inclined in both the vertical and horizontal planes. It is used in wireless communication systems, such as cellular networks, to optimize signal coverage and improve network performance. There are two types of antenna tilt: electrical tilt and mechanical tilt.

# Electrical Tilt:

Electrical tilt is the process of adjusting the phase of the signal that is fed to the antenna. This can be done by using a phase shifter. Electrical tilt is typically used to improve the gain of an antenna in a specific direction. For example, if an antenna is used to provide coverage to a cell phone tower, the antenna can be electrically tilted to improve the gain in the direction of the tower.

- Electrical tilt, also known as electronic tilt, is an adjustable parameter that controls the radiation pattern of an antenna.
- It is achieved by modifying the phase and amplitude of the signals sent to different antenna elements within an array.
- Electrical tilt allows for beamforming, which shapes and directs the radio frequency (RF) energy in specific directions.
- By adjusting the electrical tilt, the coverage area of the antenna can be modified without physically moving the antenna itself.
- Electrical tilt is typically adjusted remotely by network operators through the base station or antenna control system.

https://telcomaglobal.com/p/antenna-electrical-and-mechanical-tilt

# How to Use Antenna Tilt:

1. **Coverage Optimization:** Antenna tilt is used to optimize signal coverage in cellular networks. By adjusting the tilt, network operators can shape the radiation pattern of the antenna to focus the signal where it is needed the most, such as densely populated areas or specific coverage gaps.
2. **Interference Mitigation:** Antenna tilt is also used to mitigate interference between neighboring cells. By adjusting the tilt, operators can minimize the overlap of signals and reduce interference, improving network performance and overall quality of service.
3. **Sectorization:** In a cellular network, multiple sectors are often created to divide the coverage area. Each sector has its own antenna with adjustable tilt. By adjusting the tilt of each sector's antenna, operators can control the coverage area of each sector and ensure efficient frequency reuse.
4. **Network Capacity:** Antenna tilt can be used to manage network capacity. By adjusting the tilt, operators can shape the coverage area and direct the signal toward areas with high user demand, maximizing the capacity and throughput of the network.
5. **Beamforming:** Electrical tilt, in particular, enables beamforming, which is the process of creating and directing focused beams of RF energy. Beamforming allows for more precise control of signal direction and improves signal strength and quality for specific areas or users.

https://telcomaglobal.com/p/antenna-electrical-and-mechanical-tilt

| beamAzimuth | The azimuth of a beam transmission, which means the horizontal beamforming pointing angle (beam peak direction) in the (Phi) φ-axis in 1/10th degree resolution. See subclauses 3.2 in TS 38.104 [12] and 7.3 in TS 38.901 [53] as well as TS 28.662 [11]. The pointing angle is the direction equal to the geometric centre of the half-power contour of the beam relative to the reference plane. Zero degree implies explicit antenna bearing (boresight). Positive angle implies clockwise from the antenna bearing.

allowedValues: [-1800 ..1800] 0.1 degree |

https://www.etsi.org/deliver/etsi_ts/128500_128599/128541/16.07.00_60/ts_128541v160700p.pdf

| | beamTilt | The tilt of a beam transmission, which means the vertical beamforming pointing angle (beam peak direction) in the (Theta) θ-axis in 1/10th degree resolution.  See subclauses 3.2 in TS 38.104 [12] and 7.3 in TS 38.901 [53] as well as TS 28.662 [11]. The pointing angle is the direction equal to the geometric centre of the half-power contour of the beam relative to the reference plane. Positive value implies downtilt.<br><br>allowedValues: [-900..900] 0.1 degree | |
| | https://www.etsi.org/deliver/etsi_ts/128500_128599/128541/16.07.00_60/ts_128541v160700p.pdf | | |

## 5.2    Beamforming

Beamforming is a signal processing technology used to change the direction and the shape of radiation pattern of the array antenna for either signal transmission or signal reception. It is achieved by combining elements in the array in a way where signals at particular angles experience constructive interference and while others experience destructive interference.

Beamforming technology is used in the new PtMP structure introduced in clause 7 to automatically make alignment with hub site and leaf site. Figure 7 shows the internal diagram of beamforming. Multiple RF channel signals are transmitted at the same time and are combined in the air. The amplifier and phase shifter of each RF channel could be adjusted, in order to change the shape and phase of the beam, and then change the pointing direction of the beam combination.



**Figure 7: Internal diagram of beamforming**

Figure 8 shows the operation interface and illustration of beamforming. If the four array antennas are kept with the same phase in the left figure, the combination beam just goes straight. If the phase of four array antennas are changed in the right figure, the combination beam will change its direction accordingly.



**Figure 8: Operation interface and illustration of beamforming**

https://www.etsi.org/deliver/etsi_tr/103700_103799/103712/01.01.01_60/tr_103712v010101p.pdf

| an edge processing module including a learning machine or a neural network coupled to the transceiver and one or more antennas to provide low-latency computation for the predetermined target. | The accused instrumentality comprises an edge processing module (e.g., processing module utilized by the accused instrumentality) including a learning machine (e.g., machine learning) or a neural network coupled to the transceiver (e.g., 5G cellular transceiver of gNB) and one or more antennas (e.g., antennas of gNB) to provide low-latency computation (e.g., edge computation) for the predetermined target (e.g., connected UE). |
|---|---|
| | As shown below, the accused instrumentality provides edge computing for 5G enabled devices. Also, it utilizes machine learning for processing application data. |
| | GAO's Cloud Edge refers to the integration of cloud computing and edge computing, combining the scalability of cloud services with the real-time processing capabilities of edge devices. In this architecture, data processing occurs closer to the data source at the network edge, reducing latency and enhancing performance for time-sensitive applications. This approach is ideal for scenarios requiring rapid decision-making, such as IoT devices, autonomous vehicles, and industrial automation. By distributing computing resources across both the cloud and edge, Cloud Edge improves data security, reduces bandwidth usage, and enables more efficient resource management. It represents a hybrid solution, empowering businesses to optimize their infrastructure by leveraging the strengths of both cloud and edge computing environments.

https://gaotek.com/category/iot/edge-computing-for-iots/cloud-edge/ |

GAO Tek's Cloud Edge comply with applicable industry standards such as:

- ISO/IEC 27001

- NIST Cybersecurity Framework (CSF)

- GDPR

- IEC 62443

- IEEE 802.1

- ETSI MEC (Multi-access Edge Computing)

- 5G NR (New Radio) Standards

- ISO/IEC 20000

https://gaotek.com/category/iot/edge-computing-for-iots/cloud-edge/

How does Cloud Edge support 5G technology?

Cloud Edge complements 5G by providing the necessary infrastructure for low-latency, high-bandwidth applications, enhancing the capabilities of 5G networks.

https://gaotek.com/faq-cloud-edge/

GAO's Cloud Edge is composed of the following components:

- Edge Devices

- Edge Nodes

- Cloud Infrastructure

- Network Connectivity

- Security and Management Tools

- Data Orchestration Layer

GAO Tek's Cloud Edge has the following functions:

- **Real-Time Data Processing**: GAO Tek's edge devices process data locally, reducing latency and enabling immediate responses to critical events, such as in industrial automation or autonomous systems.

- **Bandwidth Optimization**: By processing and filtering data at the edge, we reduce the amount of data sent to the cloud, optimizing network bandwidth and lowering operational costs.

https://gaotek.com/category/iot/edge-computing-for-iots/cloud-edge/

Edge computing is a distributed computing paradigm that brings data processing and storage closer to the data source or edge of the network, rather than relying on centralized cloud systems. This reduces latency and improves response times, which is critical for real-time applications such as IoT devices, autonomous vehicles, and industrial automation.

Unlike cloud computing, where data is sent to remote servers for processing, edge computing allows for immediate data analysis near the point of origin. This results in faster decision-making and minimizes bandwidth usage, as less data needs to travel back and forth between devices and the cloud.

Edge computing is widely adopted in industries such as healthcare, manufacturing, and telecommunications, where timely data processing is essential. It is also highly scalable, allowing organizations to deploy additional edge devices as their needs grow. Moreover, it enhances security by processing sensitive data locally, reducing the risk of data breaches during transmission.

https://gaotek.com/category/iot/edge-computing-for-iots/

Depending on specific features and functions, GAO Tek's Edge Computing for IoT is sometimes referred to as Fog Computing, Edge Analytics, Edge Intelligence, Edge Processing, Decentralized Computing, Distributed Edge Computing, Near-edge Computing, Localized Computing, Edge Cloud, and Intelligent Edge.

GAO Tek's Edge Computing for IoT has the following applications in the Environmental Monitoring:

- **Real-time Data Processing:** GAO edge computing enables the analysis of environmental data (e.g., air quality, water quality, weather conditions) at the source of generation, allowing for rapid detection of anomalies or changes in environmental parameters.

- **Reduced Latency:** By processing data closer to the monitoring devices, edge computing reduces latency in data transmission and analysis, enabling quicker responses to environmental events or emergencies.

- **Resource Efficiency:** GAO Tek Edge computing optimizes resource utilization by filtering and processing data locally before transmitting only relevant information to centralized servers, reducing bandwidth usage and energy consumption.

- **Scalability:** GAO's Edge computing architectures can easily scale to accommodate many distributed environmental monitoring devices, providing flexibility and adaptability to changing monitoring needs.

- **Fault Tolerance:** Our distributed edge computing architectures offer increased fault tolerance and reliability by decentralizing data processing and analysis, reducing the impact of individual device failures on overall system performance.

- **Privacy and Security:** Our edge computing enhances privacy and security in environmental monitoring by processing sensitive data locally, reducing the need to transmit raw data over public networks and minimizing exposure to potential cyber threats.

- **Predictive Analytics:** GAO Tek Edge computing facilitates the deployment of machine learning models directly to edge devices, enabling real-time predictive analytics for early detection of environmental trends or potential risks.

https://gaotek.com/applications-of-edge-computing-for-iot-in-the-environmental-monitoring/

# Features of GAO Tek's Edge Computing Technology:

- **High-Performance Processing:** Ensures rapid computation and analytics at the network edge.

- **Optimized Bandwidth Usage:** Reduces data congestion by processing information closer to its source.

- **Cloud Integration:** Seamlessly connects with cloud-based infrastructures for hybrid operations.

- **Enhanced Security:** Implements encryption and robust access controls to protect sensitive data.

- **Redundancy & Reliability:** Offers fail-safe mechanisms to ensure uninterrupted operations.

- **Low-Latency Processing:** Accelerates decision-making with real-time analytics at the device level.

- **IoT Compatibility:** Supports a wide range of IoT sensors and smart devices for seamless connectivity.

- **Efficient Power Consumption:** Optimizes energy usage, reducing operational costs and environmental impact.

- **Compact & Ruggedized Design:** Built for durability in industrial and mobile environments.

- **AI & Machine Learning Integration:** Enables intelligent automation and predictive analytics.

- **Real-Time Insights:** Facilitates instant data processing for mission-critical applications.

- **Scalable Architecture:** Adapts to business growth with modular and flexible solutions.

- **Compliance & Data Sovereignty:** Helps meet regulatory requirements by processing data on-site.

- **Secure Data Storage:** Reduces risks associated with cloud vulnerabilities by storing critical information locally.

- **Seamless IT & OT Integration:** Bridges traditional IT infrastructure with operational technology for enhanced productivity.

https://gaotek.com/gao-tek-expands-its-extensive-selection-of-edge-computing-products/

Our Cloud Edge has the following applications:

- **Industrial Automation:** GAO's Cloud Edge solutions enable real-time monitoring and control of manufacturing processes, enhancing operational efficiency and reducing downtime.

- **Smart Cities:** Our technology supports smart infrastructure, such as traffic management systems and public safety solutions, by processing data locally to improve responsiveness and efficiency.

- **Healthcare:** GAO Tek's Cloud Edge facilitates remote patient monitoring and telemedicine by processing health data at the edge, enabling timely interventions and reducing latency.

- **Autonomous Vehicles:** We utilize Cloud Edge to process data from sensors and cameras in real-time, essential for the safe operation of autonomous vehicles and advanced driver assistance systems.

- **Retail Analytics:** Our solutions analyze customer behavior and inventory management at the edge, providing real-time insights to enhance the shopping experience and optimize stock levels.

- **Energy Management:** GAO's Cloud Edge technologies monitor and control energy consumption in real-time, improving efficiency and reducing operational costs in energy grids and smart grids.

- **IoT Applications:** We deploy Cloud Edge to handle data from a wide range of IoT devices, enabling faster data processing and more reliable performance for connected systems.

- **Content Delivery:** Our solutions enhance the delivery of digital content, such as video streaming and gaming, by caching and processing data at edge nodes to reduce latency and improve user experience.

https://gaotek.com/category/iot/edge-computing-for-iots/cloud-edge/

### 4.3.39    CommonBeamformingFunction

#### 4.3.39.1    Definition

This <<IOC>>CommonBeamformingFunction represents common beamforming functionality (eg: SSB beams) for the NRSectorCarrier.

The CommonBeamformingFunction provides capability to configure the advanced antenna for a sector carrier. The configuration capability is provided by selection of coverageShape, digitalTilt and digitalAzimuth. These attributes represent the wanted coverage area and radiation pattern on a sector carrier related to an antenna transmission point.

This configuration capability assumes the system shall handle configuration of SSB beams within the sector carrier. Individual SSB beams within a sector carrier cannot be independently configured as this depends on many conditions and constraints, for instance TDD patterns, allocations of PRACH occasions, SIB1 and mobility considerations.

The associated <<IOC>> Beam provides information beam direction and beam width for the associated SSB beams as a result of the configuration. The beams addressed in this definition are the common beams.  There may be more than one beam per CommonBeamformingFunction  for the NRSectorCarrier.

https://www.etsi.org/deliver/etsi_ts/128500_128599/128541/16.07.00_60/ts_128541v160700p.pdf

For DL data transmission during UE mobility, gNB can configure different beams for this UE at different slots. It ensures appropriate transmit beam allocation to the UE for continuous DL transmission. Therefore DL data packet transmission is kept during beam pair switching at different slots.

For UL data transmission, PUSCH is sent using the beam configured by SRI (SRS resource indicator) by gNB. Accordingly, an appropriate gNB-side beam is selected for UL data reception. gNB may select different beams at different slots depending on the UE mobility. Therefore UL data packet transmission is kept during beam pair switching at different slots.

Based on the above analysis, the UE can always exchange user plane packets with gNB during the mobility transitions. Therefore, 0ms mobility interruption time is achieved by NR for this scenario.

https://www.etsi.org/deliver/etsi_tr/137900_137999/137910/16.01.00_60/tr_137910v160100p.pdf

**active antenna system base station:** base station system which combines an antenna array with a transceiver unit array and a *radio distribution network*

https://www.etsi.org/deliver/etsi_ts/137100_137199/137105/16.04.00_60/ts_137105v160400p.pdf

**beam:** main lobe of a radiation pattern from an AAS BS

   NOTE:    For certain AAS BS antenna array, there may be more than one beam.

**beam centre direction:** direction equal to the geometric centre of the half-power EIRP contour of the beam

**beam direction pair:** data set consisting of the *beam centre direction* and the related *beam peak direction*

**beam peak direction:** direction where the maximum EIRP is supposed to be found

https://www.etsi.org/deliver/etsi_ts/137100_137199/137105/16.04.00_60/ts_137105v160400p.pdf

### 5.3.3    RRC connection establishment

5.3.3.1    General



**Figure 5.3.3.1-1: RRC connection establishment, successful**

https://www.etsi.org/deliver/etsi_ts/138300_138399/138331/16.02.00_60/ts_138331v160200p.pdf