## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Fractal Networks LLC,** | Case No. 1:26-cv-01788-ALC |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **GAO Tek Inc.,** | |
| Defendant. | |

### ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The request to dismiss this matter without prejudice is hereby GRANTED.

SO ORDERED.

Dated: April 28, 2026
New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge

1